

Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

August 2, 2021

**By ECF**

The Honorable Jesse M. Furman
Thurgood Marshall United States District Court
40 Centre Street, Room 2202
New York, New York 10007

Re:     *Donoghue v. Sinclair Broadcast Group, Inc.*, No. 21-cv-4811-JMF

Dear Judge Furman:

We represent Defendant David D. Smith in the above-captioned matter. I am writing to request that the court strike ECF No. 15 from the docket, as it contains an error which is corrected in the revised brief filed at ECF No. 18.  Namely, in the preliminary statement the original states that the complaint fails to allege a "sale" when it should have read that the complaint fails to allege a "purchase" within the purview of Section 16(b) of the Securities Exchange Act of 1934.  As the revised brief corrects this issue, we respectfully request that the Court grant this letter-motion to strike ECF No. 15.

Respectfully submitted,

/s/ Dennis H. Tracey III

Dennis H. Tracey III

Partner
dennis.tracey@hoganlovells.com
D (212) 918-3524

**Application GRANTED, although the Clerk of Court need not and should not remove ECF No. 15 from the docket.  The Court will treat ECF No. 18 as the operative memorandum of law in support of Defendant's motion to dismiss at ECF No. 14.  The Clerk of Court is directed to terminate ECF No. 19.**

**SO ORDERED.**

**August 4, 2021**

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Moscow  Munich  New York  Northern Virginia  Paris  Perth  Philadelphia  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Riyadh  Shanghai FTZ  Ulaanbaatar.  Business Service Centers:  Johannesburg  Louisville.   Legal Services Center: Berlin.  For more information see www.hoganlovells.com